My name is Adalberto Alvarez. I have been a friend of Carlitos for several years. Approximately 5 years ago I offered for him to live with me here in the basement because I learned that he had nowhere to live. Honorable judge, Carlitos is a generous and helpful person. He was always working, sweeping, picking up the trash, cleaning. Children adored him. Every time a kid would come he would give him 5 or 10 dollars to go buy something. He is a man with a very big heart, he loved helping everybody. No one can complain about him here because he had a wonderful heart.

Translated by Alex Wieder – Federally Certified Interpreter – 218-656-0132 – getme@alexwieder.com

He was very fond of my mother and would always talk with her. A woman who lives in one of these buildings was very poor and needed a bed. Carlitos found out about this and without telling anyone he went and bought a bed for the woman. He was that generous.

He gave me a bicycle, a cell phone, he would send money to my mother because he was very fond of my mother. Carlitos is a beautiful person.

I pray to God for Carlitos to get out soon and once he does, I will take care of him. I will make sure that he takes vitamins so he recovers his mind, I'm going to make sure that he eats well and sleeps well. I will take him to church and

Translated by Alex Wieder – Federally Certified Interpreter – 218-656-0132 – getme@alexwieder.com

we're going to buy a small car for ourselves to go visit churches and help others. Please have mercy of Carlitos because he is a very kind person.

/s/ Adalberto Alvarez

Soy amiga de [...] hace varios años. Desde hace aproximadamente 5 años le ofrecí vivir conmigo aquí en el basement porque supe que él no tenía donde vivir. Honorable juez, Carlitos es una persona generosa y servicial. Siempre se le pasaba trabajando, barriendo, recogiendo la basura, limpiando. Los niños lo querían mucho. Cada vez que un niño venía, él le daba 5 ó 10 dólares para que fuera a comprar algo. El es un hombre de corazón muy grande, él amaba ayudar a todo el mundo, aquí nadie puede quejarse de él porque él tenía un corazón maravilloso.

siempre hablaba con ella. Una señora que vive en uno de estos edificios era muy pobre y le hacía falta una cama. Carlitos se enteró de eso y sin decirle nada a nadie fue y le compró la cama a la señora. El era así de generoso. Él a mí me regaló una bicicleta, un celular, él le mandaba dinero a mi mamá porque él le tenía mucho cariño a mi mamá, Carlitos es una belleza de persona.

Yo le pido a Dios que Carlitos salga pronto y cuando lo haga, yo voy a cuidar de él. Voy a hacer que tome vitaminas para que recupere la mente, voy a hacer que coma bien y que duerma bien. Yo lo voy a llevar a la iglesia y

para irnos a visitar [...] y
a ayudar a los demás. Por
favor apiádese de Carlitos porque
él es una persona muy bondadosa.

Adalberto ALVAREZ