UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    -v-

CARLOS MACCI,

               Defendant.

No. 22 CR 92 (RA)

<u>ORDER</u>

Ronnie Abrams, U.S. District Judge:

IT IS HEREBY ORDERED THAT, on January 8, 2026, the United States Marshals Service shall release Defendant from the cell block on the fourth floor of the Daniel Patrick Moynihan United States Courthouse to the United States Probation Officer, who will transport him to a residential drug treatment facility.

SO ORDERED.

Dated:      January 8, 2026
           New York, New York

_____
Ronnie Abrams
U.S. District Judge